RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 1 7 2025

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES OF AMERICA

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: |
| | * | 21 U.S.C. § 912 |
| VERSUS | * | 18 U.S.C. § 506(a)(3) |
| | * | |
| JOHN GUERINGER | * | 2:25-cr-00362-01 |

Judge Cain

Magistrate Judge LeBlanc

**INDICTMENT**

THE FEDERAL GRAND JURY CHARGES:

**Count One**
**False Impersonation of a Federal Officer**
**[18 U.S.C. § 912]**

On or about July 22, 2024, in the Western District of Louisiana, the defendant, JOHN GUERINGER, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof; to wit: a Drug Enforcement Administration Special Agent, and in such assumed and pretended character did act as such, in that during a police investigation he produced a Drug Enforcement Administration badge and falsely stated that he was a member of the Drug Enforcement Administration, and did so with the intent to deceive, all in violation of Title 18, United States Code, Section 912. [18 U.S.C. § 912].

**Count Two**
**Possession of a Counterfeit Seal of an Agency of the United States**
**[18 U.S.C. § 506(a)(3)]**

On or about July 22, 2024, in the Western District of Louisiana, the defendant, JOHN GUERINGER, with fraudulent intent, knowingly possessed a fraudulently made, forged, and counterfeited seal of an agency of the United States and facsimile

thereof, namely a Drug Enforcement Administration badge purportedly issued by the United States Drug Enforcement Administration with a purported DEA seal, knowing that the DEA badge had been falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 506(a)(3).  [18 U.S.C. § 506(a)(3)].

**Count Three**
**Possession of a Counterfeit Seal of an Agency of the United States**
**[18 U.S.C. § 506(a)(3)]**

On or about July 22, 2024, in the Western District of Louisiana, the defendant, JOHN GUERINGER, with fraudulent intent, knowingly possessed a fraudulently made, forged, and counterfeited seal of an agency of the United States and facsimile thereof, namely a Central Intelligence Agency business card purportedly issued by the United States Central Intelligence Agency with a purported CIA seal, knowing that the CIA business card had been falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 506(a)(3).  [18 U.S.C. § 506(a)(3)].

A TRUE BILL:

**REDACTED**

GRAND JURY FOREPERSON

ZACKARY A. KELLER
UNITED STATES ATTORNEY

_____ FoR

JOHN W. NICKEL
ASSISTANT UNITED STATES ATTORNEY